UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-23787-JB

CARLOS BRITO,

    Plaintiff,

v.

MANGLAR, L.L.C.; D.H.
ARCHITECTURE & DESIGN LLC
d/b/a GELATERIA MADE IN ITALY;
GOLD CHICKEN GOLD CORP d/b/a
GOLD CHICKEN GOLD; and
PANGOLD, LLC d/b/a DON PAN
INTERNATIONAL BAKERY,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, CARLOS BRITO, and Defendants, D.H. ARCHITECTURE & DESIGN LLC d/b/a GELATERIA MADE IN ITALY; GOLD CHICKEN GOLD CORP d/b/a, GOLD CHICKEN GOLD; and PANGOLD, LLC d/b/a DON PAN INTERNATIONAL BAKERY hereby advise the Court that the parties have reached an agreement to settle the instant case. The Parties will file a Stipulation dismissing this Action with prejudice no later than twenty (20) days from the date of this Notice. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines as to these Defendants only.

Respectfully submitted this November 1, 2024.

| | |
|---|---|
| *By:* /s/ *Ramon J. Diego*<br>RAMON J. DIEGO<br>Florida Bar No.: 689203<br><br>**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**<br>5001 SW 74th Court, Suite 103<br>Miami, Florida 33155<br>Telephone: (305) 350-3103<br>Email: ramon@rjdiegolaw.com<br>*Counsel for Plaintiff* | By: */s/ Ricardo Morales*<br>RICARDO MORALES<br>Florida Bar No.: 89893<br><br>**LAW OFFICE OF RICARDO MORALES, PLC**<br>7950 W. Flagler Street, Suite 104<br>Telephone: (305) 262-0875<br>Email: rmorales@rmoraleslaw.com<br>*Attorney for Defendants, D.H. ARCHITECTURE & DESIGN, LLC, GOLD CHICKEN GOLD CORP AND PANGOLD LLC* |

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this November 1, 2024.

        Respectfully submitted,

        **THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
        *Attorneys for Plaintiff*
        5001 SW 74th Court, Suite 103
        Miami, FL, 33155
        Telephone: (305) 350-3103
        Primary E-Mail: rdiego@lawgmp.com
        Secondary E-Mail: ramon@rjdiegolaw.com

        By: */s/ Ramon J. Diego*
        RAMON J. DIEGO